UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MICHAEL PIECUCH, )
                         Plaintiff, )
                                  ) **JUDGMENT IN A CIVIL CASE**
     v. )
                                  ) **CASE NO. 5:22-CV-95-BO**
KILOLO KIJAKAZI, Acting Commissioner of )
Social Security, )
                      Defendant. )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

**This Judgment Filed and Entered on November 18, 2022, and Copies To:**
Paul T. McChesney                                         (via CM/ECF electronic notification)
David B. Goetz                                             (via CM/ECF electronic notification)
Amanda B. Gilman                                   (via CM/ECF electronic notification)
Dianne Samu                                               (via CM/ECF electronic notification)

DATE:                                      PETER A. MOORE, JR., CLERK
November 18, 2022                     (By) /s/ Nicole Sellers
                                               Deputy Clerk