IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA (Western division)

| | |
|---|---|
| MICHAEL PIECUCH, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> KILOLO KIJAKAZI, ) <br> Acting commissioner of SSA,) <br> ) <br> Defendant. ) <br> _____) | CASE NO. 5:22-CV-00095 <br><br> **ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT ("EAJA")** |

Plaintiff conferred with Defendant and Defendant does not object to the Plaintiff's Motion for Attorney's fees under the EAJA in the amount of $4,920.00. This motion has been considered by the undersigned.

IT IS ORDERED THAT:

Plaintiff's Motion for Attorney's fees under the EAJA in the amount of $4,920.00 is granted.

Date: 12-7-22

HONORABLE TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

1